FILED
CLERK, U.S. DISTRICT COURT
2/15/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___cd___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:23-cr-00064-SPG |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| NIKO ALEXANDER TAKOWSKY, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 922(g)(1)]

On or about August 11, 2022, in Ventura County, within the Central District of California, defendant NIKO ALEXANDER TAKOWSKY knowingly possessed the following firearms and ammunition, in and affecting interstate and foreign commerce:

(1) One L.W. Seecamp, model LWS 32 CA Edition, .32 caliber, semi-automatic pistol, bearing serial number JW8212;

(2) Seven rounds of Winchester .32 caliber ammunition;

(3) One ROMARM, Micro Draco, 7.62x39mm, semi-automatic pistol, bearing serial number PMD-28481;

(4) 53 rounds of Tulammo 7.62x39mm caliber ammunition; and

(5)   One round of Barnaul 7.62x39mm caliber ammunition.

Defendant TAKOWSKY possessed such firearms and ammunition knowing that he had previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Possession of Fifteen or More Unauthorized Access Devices, in violation of Title 18, United States Code, Section 1029(a)(3), in the United States District Court for the Central District of California, No. CR 19-614-RGK, on or about November 16, 2020.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in this Information.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

    (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                         E. MARTIN ESTRADA
                         United States Attorney

                         MACK E. JENKINS
                         Assistant United States Attorney
                         Chief, Criminal Division

                         SCOTT M. GARRINGER
                         Assistant United States Attorney
                         Deputy Chief, Criminal Division

                         JOSHUA O. MAUSNER
                         Assistant United States Attorney
                         Deputy Chief, General Crimes Section

                         JENNA W. LONG
                         Assistant United States Attorney
                         Terrorism and Export Crimes Section